# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**VS.**　　　　　　　　　　　　　　　　　　　　　　No.　　19-cr-20046 MSN

**JAMAL TAYLOR,**

      **Defendant.**

**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS**

Before the Court is Defendant's Motion to Suppress, pursuant to Fed.R.Crim. P 12(b)(3)(C), statements given to Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives[1] on April 4, 2019. (D.E. #48). Defendant's Motion was filed on December 4, 2019 and was referred by District Judge Mark S. Norris for report and recommendation on December 5, 2019 (D.E. #50). A response to the Motion was filed by the United States on December 6, 2019. (D.E. # 51) A hearing on the Motion was held on February 10, 2020 at which time the Court heard the testimony of a witness and statements of counsel.

Based upon the motion, response, testimony, statements of counsel and for the reasons stated in open court on February 10, 2020, it is recommended that defendant's Motion to Suppress evidence be DENIED. A transcript of the Court's oral ruling (D.E. # 62) will serve as written proposed findings of fact and recommended conclusions of law and is incorporated

---

[1] The motion refers to the statements as having been made to U.S. Marshals however testimony adduced at the hearing made it clear that BATF Special Agents heard the statements at issue.

herein by reference.  The Clerk of Court is directed to make copies of the ruling transcript available to the parties.

Signed this 18th day of February 2020.

                                                         s/ Charmiane G. Claxton
                                                       CHARMIANE G. CLAXTON
                                                       UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**